# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2188
Lower Tribunal No. F18-20154-B
_____

**Reinel Gonzalez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura A. Stuzin, Judge.

Reinel Gonzalez, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

"Because a trial court's adjudication of a criminal defendant's rule

3.800(c) postconviction motion seeking to mitigate a sentence is purely discretionary, orders denying such motions are not subject to appeal." Ross v. State, 358 So. 3d 832, 833 (Fla. 3d DCA 2023).

Dismissed.